Betty RUCKER, Individually and as Administratrix of the Estate of Richard A. Rucker, Appellant,

v.

Richard Anthony BURKE et al., Appellees.

Court of Appeals of Kentucky.

Sept. 13, 1974.

John A. McCrea, George B. Walton, Louisville, for appellant.

Barry Bertram, Campbellsville, Frank J. Thermes, Dayton, Ohio, James B. Young, Louisville, for appellees.

Memorandum Opinion of the Court by Special Commissioner JAMES S. CHENAULT,* Affirming.

Helena D. HOLSINGER, Petitioner,

v.

Oscar SAMMONS, Judge, etc., et al., Respondents.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Robert L. Caummisar, Grayson, for appellant.

Michael R. Moloney, Moloney & Moloney, Lexington, Phillip Bruce Leslie, Greenup, for appellees.

Memorandum Opinion of the Court by Justice JONES, Denying Prohibition.*

* Opinion ordered not to be published.